Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH TYLER, | Case No. 09-CV-00309-FCD-JFM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that

///

///

///

Notice of Settlement

1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 17, 2009, for filing dispositional documents.

Dated: 3/19/09                    KROHN & MOSS, LTD.

/s/Ryan Lee
Ryan Lee
Attorney for Plaintiff
Sarah Tyler

Dated: 3/19/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.